IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY MITCHELL,<br><br>        Petitioner,<br><br>  v.<br><br>TERESA SCHWARTZ, Warden,<br><br>        Respondent. | No. C 07-5457 JSW (PR)<br><br>**JUDGMENT** |

      The Court has dismissed this *pro se* petition as inadvertently filed as a new matter. A judgment of dismissal is entered.

      IT IS SO ORDERED.

DATED: November 1, 2007

                                                          JEFFREY S. WHITE<br>                                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LACY MITCHELL,

    Plaintiff,

v.

TERESA SCHWARTZ et al,

    Defendant.

Case Number: CV07-05457 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lacy Mitchell
California Medical Facility
P.O. Box 2000
V08358
Vacaville, CA 95696

Dated: November 1, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk